# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-5050 ODW(AGRx) | Date | September 29, 2009 |
|---|---|---|---|
| Title | Ileana Seagren, et al. v. Aurora Loan Services, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Defendant Homecomings' Motion to Dismiss Complaint [17] (Filed 9/11/09)**

The hearing on the above-referenced motion scheduled for October 5, 2009 at 1:30 p.m. is hereby VACATED. The matter stands submitted. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |