UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5050 ODW(AGRx) | Date | December 18, 2009 |
|---|---|---|---|
| Title | Ileana Seagren, et al. v. Aurora Loan Services, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order Continuing Hearing on Defendant Homecomings' Motion to Dismiss First Amended Complaint [33] (Filed 11/30/09)**

The hearing on the above-referenced motion, presently scheduled for January 11, 2010 at 1:30 p.m., is hereby CONTINUED to **Monday, January 25, 2010 at 1:30 p.m.**

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |